UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**05 - 1** .  . WGY   CIVIL ACTION NUMBER:

STEVEN DEARBORN, pro se,                )
             Plaintiff    **MAGISTRATE JUDGE**
                                        )
Vs.                                     )
                                        )
COMMISSIONER OF                         )
CORRECTIONS, BARNSTABLE                 )
COUNTY COMMISSIONERS,                   )
BARNSTABLE COUNTY SHERIFF )
AND BARNSTABLE COUNTY                   )
HOUSE OF CORRECTIONS                    )
SUPERINTENDENT,                         )
             Defendants                 )

RECE...
AMOUNT $250
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY ...

<u>DEFENDANTS, BARNSTABLE COUNTY COMMISSIONERS,
BARNSTABLE COUNTY SHERIFF AND BARNSTABLE
COUNTY HOUSE OF CORRECTIONS SUPERINTENDENT'S
NOTICE OF REMOVAL</u>

Defendants, Barnstable County Commissioners, Barnstable County

Sheriff and Barnstable County House of Corrections Superintendent

(hereinafter "Barnstable County Defendants") by their attorneys, hereby

give notice that pursuant to 28 U.S.C. §§ 1441 and 1446 this action is

removed to this Court from the Superior Court Department of the Trial

LAW OFFICES
ROBERT S. TROY
SEXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563-1866
———
TEL. (508) 888-5700

Court of the Commonwealth of Massachusetts in and for Suffolk County.

As grounds therefor, Defendants state that:

1.     Steven Dearborn (hereinafter "Dearborn") is an inmate of the

       Barnstable County House of Correction and Jail.

2.     On or about January 21, 2005, Dearborn filed a Complaint in

       Suffolk Superior Court seeking damages for mental distress,

       emotional distress, embarrassment, pain and suffering, which he

       allegedly suffered while incarcerated at the Jail and allegedly

       required to shower while in handcuffs.

3.     This Complaint was served on the Barnstable County Defendants

       on March 8, 2005.

4.     Dearborn's Complaint stated that the Defendants violated his rights

       under the Eight Amendment to the United States Constitution.

5.     Dearborn's claim is governed by the Prison Litigation Reform Act,

       42 U.S.C. §§ 1997e et seq..

6.     Dearborn has failed to comply with and exhaust administrative

       remedies in accordance with the Prison Litigation Reform Act, 42

       U.S.C. §§ 1997e et seq..

LAW OFFICES
ROBERT S. TROY
SEXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563-1866
——
TEL. (508) 888-5700

7.    Section 1141 of Title 28 permits the removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction. . . ."

8.    Section 1141(b) provides that "Any action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution . . . of the United States shall be removable without regard to the citizenship or residence of the parties."

9.    Plaintiff's complaint seeks relief under the United States Constitution and federal statutes and therefore, presents a question of which the District Court has original jurisdiction.

10.    Plaintiff alleges a violation of his constitutional right against cruel unusual punishment, a claim that necessarily requires interpretation of federal constitutional law, and therefore, a federal question.

11.    Furthermore, before the plaintiff may proceed with a civil lawsuit, he is required to exhaust all remedies available to him under Prison Litigation Reform Act, 42 U.S.C. §§ 1997e et seq..

12.    The plaintiff contends that he has exhausted all of said remedies, however, the County Defendants have raised as an Affirmative Defense the plaintiff's failure to exhaust all of the remedies available to him under Prison Litigation Reform Act, 42 U.S.C. §§

LAW OFFICES
ROBERT S. TROY
SEXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563-1866
———
TEL. (508) 888-5700

1997e et seq.. This will require an interpretation of federal law, and is therefore a federal question.

13. Since this Court has original jurisdiction of these claims pursuant to 28 U.S.C. § 1331, removal is proper under 28 U.S.C. §§ 1441 and 1446.

14. This Court has pendant jurisdiction over Dearborn's state law claims under 28 U.S.C. § 1441(c) and/or supplemental jurisdiction under 28 U.S.C. § 1367.

15. In accordance with 28 U.S.C. § 1446(a), copies of all documents served upon Defendants are attached hereto, as well as a copy of the County Defendants' Answer. Pursuant to Local Rule 81.1 attested copies of all of the pleadings and a certified copy of the docket sheet from the state court file shall be filed by the Defendants within thirty (30) days after the filing of this notice.

WHEREFORE, the defendants remove this action from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts in and for Suffolk County to the United States District Court for the District of Massachusetts.

LAW OFFICES
ROBERT S. TROY
SEXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563 1866
TEL. (508) 888-5700

Respectfully submitted,
For the Barnstable County
Defendants,
By their Attorney,

Robert S. Troy
Robert S. Troy & Associates
90 Route 6A
Sandwich, MA 02563
(508) 888-5700
BBO#503160

DATED: March *31*, 2005

LAW OFFICES
ROBERT S. TROY
SEXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563-1866

TEL. (508) 888-5700

## CERTIFICATE OF SERVICE

I, Robert S. Troy, do hereby certify that this day I served a true copy of the within Notice of Removal and Category Form by mailing same, first class mail, postage prepaid to:


Mr. Steven Dearborn, pro se
#14676 K-POD #12
600 Sheriff's Place
Bourne, MA 02532


_____
Robert S. Troy

Dated:  March _31_ , 2005

LAW OFFICES
ROBERT S. TROY
SEXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563-1866

TEL. (508) 888-5700

p:\docs\bar\dearborn\certificate of service 032805.doc

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. _05- 0258-D_

_STEVEN DEARBORN (pro se)_, Plaintiff(s)

v.

_BREWSTABLE County Sheriff_ , Defendant(s)
_(JAMES CUMMINGS)_

## SUMMONS

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

To the above-named Defendant:

You are hereby summoned and required to serve upon _STEVEN DEARBORN_
_#14676 K-POD #12_
plaintiff~~'s attorney~~ whose address is _6000 SHERIFFS Place BOURNE, MA_ an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff~~'s attorney~~ or within a reasonable
time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Barbara J. Rouse, J.

Witness, ~~Suzanne V. DelVecchio~~, Esquire, at Boston, the_____ day of
_____, in the year of our Lord two thousand _____.

_Michael Joseph Donovan_

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.



## Commonwealth of Massachusetts
### County of Suffolk
### The Superior Court

CIVIL DOCKET # **SUCV2005-00258-D**

RE:    **Dearborn, #14676 v Dennehy, Comr Massachusetts Department Corrections et al**

TO: Steven Dearborn, #14676
Barstable House of Correction
6000 Sheriff's Place
Buzzards Bay, MA 02532

## TRACKING ORDER - F TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 04/21/2005 |
| Response to the complaint filed (also see MRCP 12) | 06/20/2005 |
| All motions under MRCP 12, 19, and 20 filed | 06/20/2005 |
| All motions under MRCP 15 filed | 06/20/2005 |
| All discovery requests and depositions completed | 11/17/2005 |
| All motions under MRCP 56 served and heard | 12/17/2005 |
| Final pre-trial conference held and/or firm trial date set | 01/16/2006 |
| Case disposed | 03/17/2006 |

**The final pre-trial deadline is not the scheduled date of the conference.** You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to session "D" sitting in **CtRm 1 - 12th fl., 90 Devonshire St., Boston Suffolk Superior Court.**

Dated: 02/08/2005

Michael Joseph Donovan
Clerk of the Court

Location: CtRm 1 - 12th fl., 90 Devonshire St., Boston
Telephone: 617-788-8110

BY: Jane M. Mahon
Assistant Clerk

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

Check website as to status of case: http://ma-trialcourts.org/tcic
2643446 complain powersje

Commonwealth of Massachusetts

Suffolk County, ss.

Superior Cour
Civil Action
No. 05-0258-L

Steven Dearborn pro se.
PLAINTIFF,

V.

Commissioner of Corrections
Barnstable County Commissioners
Barnstable County Sheriff
Barnstable County House of Correction - Superintendent
DEFENDANTS.

Complaint

Parties

1) Plaintiff Steven Dearborn is a Massachusetts prisoner currently confined at Barnstable House of Correction, a facility operated by the Barnstable County Sheriff Office and is located at 6000 Sheriffs' Place in Bourn, Massachusetts 02532.

2) Defendant Kathleen Dennehy is the Commissioner of Massachusetts Department of Corrections who's office is located at 50 Maple Street Suite #3 in Milford, Massachusetts 01757 - 3698

3) Defendants Barnstable County Commissioners are located at the Superior Court House on 3195 Main Street

·MAR. 8. 2005  5:37PM    BCC                           NO. 2527   P. 6

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK COUNTY, SS.                          SUPERIOR COURT
                                             CIVIL ACTION
                                             No. 05-0258-1

PARTIES (CONTINUED)

P.O. Box 427 IN BARNSTABLE, MASSACHUSETTS 02630.

4) DEFENDANT JAMES CUMMINGS IS THE SHERIFF OF BARN-
   STABLE COUNTY WHO'S OFFICE IS LOCATED AT 6000 SHERIFF
   PLACE IN BOURNE, MASSACHUSETTS 02532.

5) DEFENDANT MICHAEL REGAN IS THE SUPERINTENDENT OF
   BARNSTABLE HOUSE OF CORRECTION WHO'S OFFICE IS
   LOCATED AT 6000 SHERIFFS PLACE IN BOURNE, MASS-
   ACHUSETTS 02532.

                STATEMENT OF FACTS
6) ON NOVEMBER 15, 2004 WHILE IN THE CARE AND CUS-
   TODY OF BARNSTABLE SHERIFFS DEPARTMENT (HOUSE OF CORR-
   ECTION) PLAINTIFF BEGAN SERVING (30) DAYS IN THE
   SEGREGATION UNIT "POD-F" FOR DISIPLINARY INFRACTIONS

7) DURING THE DURATION OF HIS (30) DAY SEGREGATION PERIOD,
   PLAINTIFF WAS ALLOWED TO SHOWER MONDAY THROUGH FRIDAY
   EACH WEEK DURING A (1) HOUR RECREATION PERIOD.

8) DURING EACH SHOWER PERIOD PLAINTIFF WAS PLACED

                    Pg. 2 OF 6

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK COUNTY, SS.

SUPERIOR COURT
Civil Action
No. 05-0258-1

STATEMENT OF FACTS (CONT.)

INTO A SHOWER STALL AND SECURED BEHIND A METAL DOOR
WHICH CAN ONLY BE UNLOCKED FROM THE OUTSIDE OF
THE DOOR BY THE CORRECTIONAL OFFICER ASSIGNED TO
THIS SEGREGATION UNIT. THEREFORE, THIS SHOWER STALL
IS INESCAPABLE AND POSES NO SECURITY THREAT.

9) DURING EACH SHOWER PERIOD, FROM NOVEMBER 15, 2004
THROUGH DECEMBER 15, 2004, PLAINTIFF WAS FORCED
TO BE HANDCUFFED DURING ALL SHOWER PERIODS.

10) ON NOVEMBER 17, 2004, PLAINTIFF FILED AN INMATE
GRIEVANCE FORM PURSUANT TO CODE OF MASSACHUSETTS
REGULATIONS TITLE 103: 934.02, COMPLAINING OF THIS
INHUMANE/PUNISHMENT OF BEING HANDCUFFED WHILE
SHOWERING. (SEE EXHIBIT A)

11) ON NOVEMBER 19, 2004 PLAINTIFF RECIEVED A RESPONSE
TO THIS GRIEVANCE FROM STAFF "MAJOR P. LUCAS"
DENYING HIS REQUEST NOT TO BE HANDCUFFED WHILE
SHOWERING (SEE EXHIBIT B). PLAINTIFF THEN APPEALED
THIS DECISION TO THE SUPERINTENDENTS' OFFICE.

12) ON NOVEMBER 22, 2004, DEPUTY SUPERINTENDENT

Pg. 3 OF 6

Commonwealth of Massachusetts

Suffolk County, ss.

Superior Court
(Civil Action)
No. 05-0258-D

Statement of Facts (Cont.)

"Bonavita" came to "Pod-F," (isolation) unit, to respond to Plaintiff's grievance appeal. Deputy "Bonavita" produced Plaintiff's appeal and (verbally) stated reasons for further denying Plaintiff's grievance and also warned Plaintiff, not to challenge such denial, or there would be repercussion).

13) At that point, Plaintiff had exhausted all administrative remedies in accordance with the Prison Litigation Reform Act, 42 U.S.C. § 1997e and M.G.L.c. 127, § 38F.

Claims For Relief

14) Plaintiff incorporates, by reference, the facts in paragraphs 1-13 of this complaint as though fully set forth here.

15) As a direct and proximate result of the acts of all the defendants, separately acting under color of law, Plaintiff did suffer emotional distress, pain and suffering, and mental anguish and embarrassment of such nature that no reasonable person

Pg. 4 of 6

Commonwealth of Massachusetts

Suffolk County, ss.

Superior Court
Civil Action
No. 05-0258-1

Claims For Relief (cont.)

Could or should be expected to endure, and the aforementioned defendants knew, or should have known, that their actions would cause such distress, pain and suffering, anguish and embarrassment.

16.) The facts set forth herein violate plaintiffs rights under the Eigath Amendment of the United States Constitution and under the Massachusetts Declaration of Rights (Art. 27) The defendants actions do not "comport with the evolving standards of decency as a maturing society."

17.) Furthermore, if followed through with, the possible further actions of the defendants, in Paragraph #12, would violate plaintiffs rights under Code of Massachusetts Regulations, Title 103: 934.01: Inmate Rights (Required) . . . . . "Inmates seeking judicial or administrative redress, shall not be punished or subjected to reprisals, or penalties, as a consequence."

18.) The facts set forth in this complaint violate plaintiffs rights under federal and state law.

PG. 5 of 6

MAR. 8. 2005  5:39PM    BCU    NO. 2527   P. 10

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK COUNTY, SS.

SUPERIOR COURT
CIVIL ACTION
NO. 95-0258-1

PRAYERS FOR RELIEF

19) GRANT SUCH EQUITABLE, PUNITIVE, INJUNCTIVE RELIEF, AS MAY BE AVAILABLE, AND JUST AND PROPER.

20) GRANT DAMAGES IN THE AMOUNT OF ONE HUNDRED THOUSAND DOLLARS ($100,000).

21) GRANT SUCH OTHER AND FURTHER RELIEF AS THIS COURT DEEMS JUST AND PROPER.

RESPECTFULLY SUBMITTED,

Steven Dearborn

STEVEN DEARBORN
#14676 (B.S.O)
6000 SHERIFFS PLACE
BOURNE, MA
02532

DATE: 1/14/05

PG. 6 OF 6

MAR. 8. 2005/ 5:39PM/ BC. (BACK SIDE 4100)    NO. 2527    P. 11

# BARNSTABLE COUNTY SHERIFF'S OFFICE / CORRECTIONAL FACILITY
## INMATE GRIEVANCE FORM

*Instructions for completion:* (1) Print or write legibly; provide all requested information; sign and date this form. (2) Each form will contain only one grievance. (3) A grievance will not be filed by a group or on behalf of a group of inmates. (4) Forward this form to your Unit Officer/Corrections Officer, who will forward it to the Facility Shift Supervisor if not resolved. (5) All grievances must be submitted within (10) ten working days of the incident.

## INMATE SECTION

NAME: *Steven Dearborn*    MSA#: *0016676*  UNIT: *F*    ROOM#: *5*

UNIT OFFICER: *Flanagan*    DATE OF OCCURRENCE/INCIDENT: *11/15/04*

BRIEF STATEMENT OF FACTS: *I'm entitled by law to have unlimited access to courts and public officials. Presently my rights are being violated. I'm being denied "due process" by being limited to the times I'm allowed to write and correspond with private and public persons on the outside. my legal mail was taken from me. I'm not allowed to purchase stamps, envelopes, and phone, and writing utensils while in segregation which is against the law of the commonwealth of Massachusetts and federal.*

REMEDY REQUESTED: *I need my information copied from my address book. I need to have my legal mail returned to me and I need to purchase the allowed stationary and writing utensils and supplies and I should not be handcuffed while trying to shower. 8th Amendment, article 27 violations.*

HAVE YOU TALKED WITH YOUR UNIT OFFICER? (YES) NO

HAVE YOU TALKED WITH ANYONE ELSE?    YES   NO

IF YES, WITH WHOM?    WHEN? *Customer Tooly*

RESULTS: *They tell me that they're only following the rules that they were told to enforce. I'm supposed to be allowed stationary products and my own legal supplies to correspond. I'm currently involved in civil due process and this institution is preventing me from meeting deadlines on important and accessibility to the suffolk superior court. I need to access legal materials to write and file motions unlimited*

INMATE SIGNATURE: *[signature]*    DATE: *11/17/04*

## UNIT MANAGER / FACILITY SHIFT SUPERVISOR SECTION

[X] FORM REJECTED — Returned to Inmate for the following reason(s): *You are allowed (they simply request) you are writing. I will speak with you about this matter today!! 11/18/04*

UNIT MANAGER / SUPERVISOR NAME: *Lt. Peter M. Montiero*

*Please read back page 11*

## GRIEVANCE REVIEW FORM.....

11/19/04

INMATE-STEVEN DEARBORN MSA#0014676

RESPONSE FROM: ADS.P.LUCAS UNIT MANAGER LT.P.M.MONTEIRO

1) PEN, PAPER AND ENVELOPES WILL BE SUPPLIED TO YOU FROM THE UNIT OFFICER FOR LEGAL AND GENERAL CORESPONDENCE.
2) LAW LIBRARY ACCESS WILL BE GRANTED DURING YOUR (1) HR RECREATION PERIOD AND ONLY AT THIS TIME.
3) YOU WILL REMAIN HANDCUFFED DURING YOUR SHOWER AS PER OUR POLICY AND YOU WILL BE PLACED IN LEG RESTRAINTS WHEN YOU ARE OUT OF YOUR CELL.
4) YOU MAY ORDER CANTEEN WHEN AND IF YOU SERVE YOUR D/ISO TIME AND YOU ARE SEEN BY CLASSIFICATION AND MOVED TO THE AD-SEG UNIT (POD-G).
5) YOUR RIGHTS HAVE NOT BEEN VIOLATED IN ANY WAY SHAPE OR FORM DURING YOUR INCARCERATION AT THE (BCCF). YOUR BEHAVIOR HAS PUT YOU IN A POSITION THAT LIMITS YOU FROM OBTAINING WHAT YOU NEED TO GET DONE WITH YOUR LEGAL MATTERS.
6) PER OUR PLOICY YOUR GRIEVANCE HAS BEEN LOGGED AND FILED AND YOU HAVE RECEIVED A COPY OF OUR RESPONSE, AS I AM SURE YOU KNOW YOU MAY APPEAL MY DICESION TO THE DEPUTY SUPERINTENDANT.

RETURN THIS AND MY 3 pages of appeal please.

7)

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS

Superior Court
C.A. No. 05-0258

STEVEN DEARBORN, pro se,           )
                Plaintiff          )
                                   )
Vs.                                )
                                   )
COMMISSIONER OF                    )
CORRECTIONS, BARNSTABLE            )
COUNTY COMMISSIONERS,              )
BARNSTABLE COUNTY SHERIFF )
AND BARNSTABLE COUNTY              )
HOUSE OF CORRECTIONS               )
SUPERINTENDENT,                    )
                Defendants         )

## NOTICE OF APPEARANCE

Now comes Robert S. Troy and respectfully enters his appearance on behalf of the Defendants, Barnstable County Commissioners, Barnstable County Sheriff's Department and Barnstable County House of Corrections Superintendent, with regard to the above-captioned action.

LAW OFFICES
ROBERT S. TROY
SEXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563-1866

TEL. (508) 888-5700

Respectfully submitted,

_Robert S. Troy_
Robert S. Troy
BBO#503160
90 Route 6A
Sandwich, MA  02563
(508) 888-5700

DATED:  March 24 , 2005

LAW OFFICES
ROBERT S. TROY
EXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563-1866

TEL. (508) 888-5700

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS                          Superior Court
                                     C.A. No. 05-0258

STEVEN DEARBORN, pro se,        )
            Plaintiff           )
                                )
Vs.                             )
                                )
COMMISSIONER OF                 )
CORRECTIONS, BARNSTABLE         )
COUNTY COMMISSIONERS,           )
BARNSTABLE COUNTY SHERIFF )
AND BARNSTABLE COUNTY           )
HOUSE OF CORRECTIONS            )
SUPERINTENDENT,                 )
            Defendants          )

## ANSWER OF THE DEFENDANTS, BARNSTABLE COUNTY COMMISSIONERS, BARNSTABLE COUNTY SHERIFF, AND BARNSTABLE COUNTY HOUSE OF CORRECTIONS SUPERINTENDENT

Now come the Defendants, Barnstable County Commissioners,

Barnstable County Sheriff, and Barnstable County House of Corrections

Superintendent, and respectfully answers Plaintiff's Complaint as

follows:

LAW OFFICES
ROBERT S. TROY
SEXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563-1866
— —
TEL. (508) 888-5700

1.    The Defendants admit the allegations contained in Paragraph 1 of
      Plaintiff's Complaint.

2.    The allegations set forth in Paragraph 2 of Plaintiff's Complaint do
      not pertain to the Defendants and, consequently, no response is
      required.  To the extent any of the allegations set forth in
      Paragraph 2 relate to the Defendants, the Defendants deny same.

3.    The Defendants admit the allegations contained in Paragraph 3 of
      Plaintiff's Complaint.

4.    The Defendants admit the allegations contained in Paragraph 4 of
      Plaintiff's Complaint.

5.    The Defendants admit the allegations contained in Paragraph 5 of
      Plaintiff's Complaint.

6.    The Defendants admit the allegations contained in Paragraph 6 of
      Plaintiff's Complaint.

7.    The Defendants admit the allegations contained in Paragraph 7 of
      Plaintiff's Complaint, but note that there are sometimes exceptions
      to this policy.

8.    The Defendants deny the allegations contained in Paragraph 8 of
      Plaintiff's Complaint.

LAW OFFICES
ROBERT S. TROY
SEXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563-1866

TEL. (508) 888-5700

9.    The Defendants deny the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10.   The Defendants admit that the Plaintiff filed an Inmate Grievance Form, but deny that he was subject to inhumane punishment.

11.   The Defendants admit the allegations contained in Paragraph 11 of Plaintiff's Complaint.

12.   The Defendants deny the allegations contained in Paragraph 12 of Plaintiff's Complaint.

13.   The Defendants deny the allegations contained in Paragraph 13 of Plaintiff's Complaint.

14.   The Defendants reassert their responses to Paragraphs 1 through 13 above.

15.   The Defendants deny the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16.   The Defendants deny the allegations contained in Paragraph 16 of Plaintiff's Complaint.

17.   The Defendants deny the allegations contained in Paragraph 17 of Plaintiff's Complaint.

18.   The Defendants deny the allegations contained in Paragraph 18 of Plaintiff's Complaint.

LAW OFFICES
ROBERT S. TROY
SEXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563-1866

TEL. (508) 888-5700

19.   Paragraph 19 contains the Plaintiff's Prayer for Relief, consequently, no response is required. To the extent a response is required, the Defendants deny same

20.   Paragraph 20 contains the Plaintiff's Prayer for Relief, consequently, no response is required. To the extent a response is required, the Defendants deny same

21.   Paragraph 21 contains the Plaintiff's Prayer for Relief, consequently, no response is required. To the extent a response is required, the Defendants deny same

## **AFFIRMATIVE DEFENSES**

### FIRST DEFENSE

The Plaintiff's Complaint should be dismissed for lack of Sufficient Process.

### SECOND DEFENSE

The Plaintiff's Complaint should be dismissed for Insufficient Service of Process.

LAW OFFICES
ROBERT S. TROY
SEXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563-1866
——
TEL. (508) 888-5700

## THIRD DEFENSE

Plaintiff has failed to state a claim for which relief may be granted.

## FOURTH DEFENSE

The Plaintiff's action is barred by the Statute of Limitations.

## FIFTH DEFENSE

The Plaintiff's cause of action under 42 USC Section 1983 is barred by the failure of the Plaintiff to show a pattern, custom or habit of the Defendants which denied the Plaintiff his constitutional rights.

## SIXTH DEFENSE

The Defendants are immune from liability because their conduct does not establish any clear denial of constitutional or statutory rights which a reasonable person should have known.

## SEVENTH DEFENSE

The Defendants acted in good faith at all times and acted in accordance with all applicable statutes, rules and regulations and are therefore immune from liability.

LAW OFFICES
ROBERT S. TROY
SEXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563-1866

TEL. (508) 888-5700

## EIGHTH DEFENSE

The Plaintiff's claims against the Defendants are barred by the Doctrine of Qualified Immunity.

## NINTH DEFENSE

The Plaintiff cannot recover against the Defendants because the Defendants did not act with deliberate indifference to any of the Plaintiff's alleged constitutional rights.

## TENTH DEFENSE

The Defendants are immune from liability because the alleged claim involves a judicial, legislative or executive act.

## ELEVENTH DEFENSE

At the time of the alleged complaint, the Defendants were acting in their capacity as public officials and therefore, Plaintiff's recovery is barred or limited in accordance with M.G.L. c. 258.

## TWELFTH DEFENSE

Plaintiff has failed to meet the statutory requirements for filing suit under the Massachusetts Tort Claims Act.

LAW OFFICES
ROBERT S. TROY
EXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563-1866

TEL. (508) 888-5700

## THIRTEENTH DEFENSE

Plaintiff's Complaint must be dismissed because Plaintiff has failed to name the Defendants properly and/or to name the real parties in interest.

## FOURTEENTH DEFENSE

Plaintiff's claim must be dismissed because Plaintiff has failed to comply with and exhaust administrative remedies in accordance with the Prison Litigation Reform Act, 42 U.S.C. §§ 1997e et seq..

## FIFTEENTH DEFENSE

Plaintiff's Complaint is generally barred by the provisions of the Prison Reform Act and must be dismissed.

## SIXTEENTH DEFENSE

Plaintiff's claim must be dismissed because Plaintiff has failed to comply with and exhaust administrative remedies in accordance with M.G.L. c. 127 38E et. seq..

LAW OFFICES
ROBERT S. TROY
EXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563-1866

TEL. (508) 888-5700

## SEVENTEENTH DEFENSE

The Defendants are immune from liability as they were acting as government officials performing discretionary functions.

WHEREFORE, the Defendants, request this Honorable Court to:

(1)    dismiss the Plaintiff's Complaint;

(2)    award the Defendants costs and Attorney's fees; and

(3)    award any other such relief that this Court deems proper and just.

DEFENDANTS DEMAND A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

Respectfully submitted,
For the Defendants,
By their Attorney,

Robert S. Troy
90 Route 6A
Sandwich, MA 02563
(508) 888-5700
BBO#503160

LAW OFFICES
ROBERT S. TROY
SEXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563-1866

TEL. (508) 888-5700

DATED: March 24, 2005

## CERTIFICATE OF SERVICE

I, Robert S. Troy, do hereby certify that this day I served a true copy of the within Notice of Appearance and Defendants' Answer by mailing same, first class mail, postage prepaid to:

Mr. Steven Dearborn, pro se
#14676 K-POD #12
600 Sheriff's Place
Bourne, MA 02532

Robert S. Troy KH
Robert S. Troy

Dated: March 24, 2005

LAW OFFICES
ROBERT S. TROY
SEXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563-1866
TEL. (508) 888-5700

p:\docs\bar\dearborn\certificate of service.doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _Steven Dewberry, pro se_ v. _Commissioner of Correction_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

- [ ] I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

- [X] II.   195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.    *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

- [ ] III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

- [ ] IV.   220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

- [ ] V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court. _n/a_

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
YES [ ]    NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
YES [ ]    NO [X]

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
YES [ ]    NO [X]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
YES [ ]    NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
YES [ ]    NO [ ]

A.   If yes, in which division do all of the non-governmental parties reside?
Eastern Division [X]    Central Division [ ]    Western Division [ ]

B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
Eastern Division [X]    Central Division [ ]    Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
YES [ ]    NO [X]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _Robert S. Troy_
ADDRESS _90 Route 6A    Sandwich, MA 02563_
TELEPHONE NO. _508 888-5700_

(CategoryForm.wpd - 2/15/05)

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Steven Dearborn, pro se

**DEFENDANTS**

Barnstable County Commissioners
Barnstable County Sheriff, Supt, Barn Cty House
& Correction

**(b)** County of Residence of First Listed Plaintiff   Barnstable
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   BARNSTABLE
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)
Robert S. Troy
90 Route 6A
Sandwich, Mass 02563

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 362 Personal Injury - Med. Malpractice | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 365 Personal Injury - Product Liability | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 830 Patent | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 630 Liquor Laws | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | **PRISONER PETITIONS** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | **Habeas Corpus:** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 862 Black Lung (923) |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☑ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) |
| | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | **FEDERAL TAX SUITS** |
| | | ☑ 555 Prison Condition | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | | | | ☐ 871 IRS—Third Party 26 USC 7609 |
| | | | | ☐ 892 Economic Stabilization Act |
| | | | | ☐ 893 Environmental Matters |
| | | | | ☐ 894 Energy Allocation Act |
| | | | | ☐ 895 Freedom of Information Act |
| | | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | | | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☑ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

Violation of prisoners rights

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☑ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE   4-1-05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____