UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN DEARBORN,                              No. 05-cv-10642-WGY

    Plaintiff,

    v.

BARNSTABLE COUNTY COMMISSIONERS, et al.,

    Defendants.

## NOTICE OF APPEARANCE

Notice is hereby given that undersigned counsel enters his appearance on behalf of **KATHLEEN DENNEHY**, a defendant named solely in her official capacity as the Commissioner of the Massachusetts Department of Correction.

    Respectfully submitted,

    NANCY ANKERS WHITE
    Special Assistant Attorney General

Date: May 3, 2005            __/s/ DAVID J. RENTSCH_____
    David J. Rentsch, Counsel
    Legal Division
    Department of Correction
    70 Franklin Street, Suite 600
    Boston, MA  02110-1300
    (617) 727-3300, ext. 142
    BBO #544926

## CERTIFICATE OF SERVICE

I, David J. Rentsch, certify that on this day I mailed a copy of the foregoing paper to Steven Dearborn, pro se, by first class mail, postage pre-paid, at the Barnstable County House of Correction, 6000 Sheriff's Place, Bourne, MA  02532.

Date: May 3, 2005            __/s/ DAVID J. RENTSCH_____
    David J. Rentsch