Clerk of Court - District
John J. Moakley
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

April 30, 2005

RE: Dearborn v. Comr. Department of Correction, et al.
No: U.S. District Civil Action 05cv10642 WGY

Dear Clerk:

The entitled matter above was recently transferred to your court. Because of a mix up in the filing process at the original court (Suffolk Superior), I am missing (1) one page of my pro se complaint.

The document which is marked as "Exhibit A" has two sides to it. Unfortunately only the front side was copied and I am without the reverse side.

Please kindly that one document at your earliest convenience. It is imperative that I retrieve this document for my own "Pro Se" records. I apologize for any inconvenience.

Respectfully Submitted,

(Other page)

*[signature]*
STEVEN DEDEKSON
Plaintiff, pro se.
#14676
6000 Sheriff's Place
Bourne, MA
02532

c.file/SWD.