# ROBERT S. TROY AND ASSOCIATES
## ATTORNEYS AND COUNSELLORS AT LAW

90 ROUTE 6A  •  SANDWICH, MASSACHUSETTS 02563-1866  •  508-888-5700

ROBERT S. TROY

April 28, 2005

VIA FACSIMILE AND
FIRST CLASS MAIL

*May 5, 2005,*
*Treated as a motion for*
*extension of time, motion allowed.*
*William A. Young*
*Chief Judge*

Honorable William G. Young
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   Steven Dearborn vs. Barnstable County Sheriff's Department,
        et al
        U.S. District Court Civil Action No. 0510642WGY

Dear Honorable Judge Young:

The above-referenced matter case was originally filed in Suffolk
Superior Court.  On April 1, 2005 our office removed this matter to the U.S.
District Court for the District of Massachusetts.  We understand that
pursuant to local Rule 81.1 our office must provide your Court with certified
copies of the docket entries from the Superior Court within thirty days of the
date of removal.  Despite our diligent efforts, we have been unable to obtain
the necessary certified copies from the state court.

We mailed a letter to the Suffolk Superior Court on April 7, 2005,
requesting certified copies of the docket entries.  We called to follow up on
the same on April 13, 2005.  Ms. Cheung, from the Superior Court, informed
us that they had not received the April 7, 2005 letter, as they had recently
moved.  Furthermore, she explained that the documents were still in boxes
and she could not get at them at that time.  We were also informed that the
Superior Court did not have copy machines at their new location, at that
time.

As per the instructions of Ms. Cheung at the Suffolk Superior Court,
we mailed a new letter to her attention and included a copy of the April 7,

p:\docs\bar\dearborn\fed court ltr 042805.doc

2005 letter.  We spoke to Ms. Cheung on April 26, 2008, and she informed us that she has received the Notice of Removal and our request for certified copies of the docket entries.  However, she stated that one of the docket entries is missing and she is not allowed to provide the copies until she has all of the docket entries.

Yesterday, Ms. Cheung contacted our office and stated that they have located all of the docket entries and will make the necessary certified copies after they receive payment for the same.  We have forwarded the necessary check to the Superior Court and are now awaiting the certified copies.

My associate, Cynthia Hines, contacted the Clerk's Office at the U.S. District Court for the District of Massachusetts yesterday and was instructed to write a letter explaining this situation to you.  We respectfully request that we be allowed an additional thirty days to provide the certified copies of the docket entries.  If this request needs to be put in the form of a Motion, please contact my office and I will provide the same.

I have enclosed copies of the relevant letters illustrating our attempts to obtain copies of the docket entries in a timely fashion.

Thanking you for your assistance in this matter, I am,

Very truly yours,

Robert S. Troy

RST:cmh
Enclosures
cc:    Mark Zielinski, County Administrator
       Matthew J. Murphy, Esquire
       David J. Rentsch, Esquire
       Jim Hoffman
       Steven Dearborn
       Suffolk Superior Court Clerk's Office