# Certificate of Service

I, Plaintiff, Steven Dearborn Pro Se, hereby certify that on this day I served a true copy of the within Motion for Summary Judgment and Motion for Preliminary Injunction (or Temporary Restraining Order) by mailing some, first class mail, postage pre-paid to:

Robert S. Troy, Esq.
90 Route 6A
Sandwich, MA
02563
(For Barnstable Defendants)

David J. Rentsch
Legal Division
70 Franklin Street Suite 600
Boston, MA 02110-1300
(For Commissioner D.O.C.)

Date: May 18, 2005

/s/ Steven Dearborn
Steven W. Dearborn Pro Se
#14676 (B.S.O.)
6000 Sheriff's Place
Bourne, MA 02532