Steven Dembroen pro se
(Plaintiff)
6000 Sheriffs Place
Bourne, MA 02532

Clerks' Office
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

May 29, 2005

RE: Dembroen v. Barnstable
County Commissioners et al
No. 05-CV-10642

Dear Clerk:

Prior to this above matter being removed from Suffolk County Superior Court, there was a mix-up in copies to which I am without just one document.

It is imperative that I receive the back side of "Exhibit A" which is a two-sided document.

The court holds the only (original) copy of that document and in order to fulfill discovery procedures, I must receive this very important piece of my pro se complaint.

Please forward this at your earliest convenience. I apologize for the inconvenience.

Steven Dembroen
Steven Dembroen pro se

c. file