UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN DEARBORN,                          No. 05-cv-10642-WGY

    Plaintiff,

    v.

BARNSTABLE COUNTY COMMISSIONERS, et al.,

    Defendants.

### DEFENDANT KATHLEEN DENNEHY'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Kathleen Dennehy opposes the plaintiff's motion for summary judgment (P#7) and cross-moves for summary judgment in her favor. In support, defendant Dennehy relies on the arguments contained in the attached memorandum of law.

                                  KATHLEEN DENNEHY,
                                  Commissioner, Mass. Department
                                  of Correction,

                                  By her attorney,

                                  NANCY ANKERS WHITE
                                  Special Assistant Attorney General

Date: June 6, 2005           __/s/ DAVID J. RENTSCH_____
                                  David J. Rentsch, Counsel
                                  Legal Division
                                  Department of Correction
                                  70 Franklin Street, Suite 600
                                  Boston, MA  02110-1300
                                  (617) 727-3300, ext. 142
                                  BBO #544926