Clerk's Office
John J. Moakley
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

May 31, 2005

RE: Steven Dearborn v. Commissioner et al.
No: 05 CV 10642 WGY

Dear Clerk:

I am the Plaintiff in the above mentioned matter pending at your court. I'm am PRO SE and proceeding in FORMA PAUPERIS as deemed by the court in Superior Court (Suffolk County) prior to the removal of the case to your court.

At your earliest convenience, please forward a copy of the docket entries in such matter. Thank you for your time.

Steven Dearborn
Steven W. Dearborn
6000 Sheriff's Place
Barne, MA 02532

C. File