05-10642-WGY

## CERTIFICATE OF SERVICE

    I, Robert S. Troy, do hereby certify that this day I served a true copy of the within Defendants, Barnstable County Commissioners, Barnstable County Sheriff and Barnstable County House of Corrections Superintendent's Motion for Summary Judgment; and Defendants, Barnstable County Commissioners, Barnstable County Sheriff and Barnstable County House of Corrections Superintendent's Concise Statement of Facts in Support of Their Motion for Summary Judgment by mailing same, first class mail, postage prepaid to:

Mr. Steven Dearborn, pro se
#14676 K-POD #12
600 Sheriff's Place
Bourne, MA 02532

David J. Rentsch, Esq.
The Commonwealth of Massachusetts
Executive Office of Public Safety
Department of Correction Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300

_____
Robert S. Troy

Dated: June 21, 2005

LAW OFFICES
ROBERT S. TROY
SEXTANT HILL OFFICE PARK
90 OLD KINGS HIGHWAY
(ROUTE 6A)
SANDWICH, MA
02563-1866

TEL. (508) 888-5700

p:\docs\bar\dearborn\certificate of service 061305.doc