EXHIBIT C-1

# AFFIDAVIT

I, Stephen Paul Nydam, Barnstable Sheriffs' Office # 17017, DO HEREBY SWEAR UNDER THE PAINS AND PENALTIES OF PERJURY, THAT WHILE INCARCERATED AT BARNSTABLE COUNTY HOUSE OF CORRECTION FROM Nov 27, 2002 TO OCTOBER 10, 2005, I WAS PLACED INTO THE SEGREGATION UNIT (POD F) ON Oct-Nov 2004 UNTIL Nov. 2004 AT WHICH TIME I WAS FORCED TO SHOWER WITH HANDCUFFS ON. I AM WILLING TO TESTIFY TO THESE FACTS.

DATE: FEBRUARY 1, 2005

Stephen Paul Nydam
6000 Sheriff Place
Bourne, MA 0253[-]

c. file

EXHIBIT C2

## AFFIDAVIT

I, Stephen M Rafuse Jr, BARNSTABLE SHERIFFS OFFICE # 0000982, DO HEREBY SWEAR UNDER THE PAINS AND PENALTIES OF PERJURY, THAT WHILE INCARCERATED AT BARNSTABLE HOUSE OF CORRECTION, FROM July 14 04 TO March 05, I WAS PLACED INTO THE SEGREGATION UNIT (POD-F) ON OCT 18-04 UNTIL NOV 28-04, AT WHICH TIME I WAS FORCED TO SHOWER WITH HANDCUFFS ON. I am willing to TESTIFY TO THESE FACTS.

Stephen Rafuse Jr
STEPHEN RAFUSE JR.
6000 SHERIFFS Place
BOURNE, MA 02532

DATE: 2-3-05

c. file

EXHIBIT C-3
C-3

## AFFIDAVIT

I, Dennis M. Lougee Jr., Barnstable Sheriff's Office # MSA-064841, do hereby swear under the pains and penalties of perjury that while incarcerated at Barnstable County House of Correction from, on, or about January 10th, 2005, to Present Date, I was placed into the segregation unit "POD F" on, or about Jan, 17th, 2005, until Jan. 26th 2005 at which time I was forced to shower, each time, with handcuffs on, as was all other inmates, at that time.

Furthermore, after serving my isolation time on "POD F," I was then moved, on, or about Jan. 27th 2005, to "POD G" which is the "Administrative Unit" where I was also forced to shower from, on, or about, Jan. 27th 2005, to February 28th 2005 with handcuffs on.

I am willing to testify to all of the above facts.

DATED: April / 10th / 2005

SIGNED: Dennis M. Lougee Jr.
D.O.B. 11/6/72
6000 Sheriffs Place
Barne, MA 02532
Dennis Lougee Jr

C. FILE

EXHIBIT C-4

## AFFIDAVIT

I, Matthew Reilly 9/11/71 (DOB), Barnstable Sheriff's Office # 5294, do hereby swear, under the pains and penalties of perjury, that while incarcerated at Barnstable House of Correction from 3/2/04 to present I was placed into the segregation unit (POD F) on 2/18/05 until 3/10/05 at which time I was forced to shower with handcuffs on. I am willing to testify to these facts.

Matthew Reilly
D.O.B. 9/11/71
6000 Sheriffs Place
Barns, MA
02532

DATE: 3 4/4/05

c-file

EXHIBIT C-5

## AFFIDAVIT

I, John F Little, BARNSTABLE SHERIFFS OFFICE # 0647832, DO HEREBY SWEAR UNDER THE PAINS AND PENALTIES OF PERJURY, THAT WHILE INCARCERATED AT BARNSTABLE COUNTY HOUSE OF CORRECTION FROM NOV. 22, 2004 TO JULY 16, 2005, I WAS PLACED INTO THE SEGREGATION UNIT (POD F) ON 1·26·05 UNTIL 2·2·05, AT WHICH TIME I WAS FORCED TO SHOWER WITH HANDCUFFS ON. I AM WILLING TO TESTIFY TO THESE FACTS.

DATE: 2·8·05

John F Little
John F. Little
6000 SHERIFFS PLACE
BOURNE, MA 02532

C. File

EXHIBIT C-6

## Affidavit

I, Michael Angelo Figlioli Jr, BARNSTABLE SHERIFFS OFFICE # 064789 DO HEREBY SWEAR UNDER THE PAINS AND PENALTIES OF PERJURY, THAT WHILE INCARCERATED AT BARNSTABLE HOUSE OF CORRECTION, FROM Nov, 21, 04 TO, Present Feb 05, I WAS PLACED INTO THE SEGREGATION UNIT (POD F) ON Nov 04 until Dec 04 AT WHICH TIME I WAS FORCED TO SHOWER WITH HANDCUFFS ON. I AM willing TO TESTIFY TO THESE FACTS.

DATE: 2/1/05

*Michael A Figlioli Jr* (signature)
MICHAEL ANGELO FIGLIOLI
6000 SHERIFFS PLZ
BARNSE, MA
02532

C. File

EXHIBIT C-7

## AFFIDAVIT

I, Christopher Nee, BARNSTABLE SHERIFFS' OFFICE # 0006403, DO HEREBY SWEAR, UNDER THE PAINS AND PENALTIES OF PERJURY, that while incarcerated at Barnstable County House of Correction, FROM April, 2004 TO June, 2005, I WAS PLACED INTO THE SEGREGATION UNIT (POD F) ON January 11, 2005, UNTIL January 21, 2005, AT WHICH TIME I WAS FORCED TO SHOWER WITH HANDCUFFS ON. I AM WILLING TO TESTIFY TO THESE FACTS.

DATE: February 3, 2005

Christopher Nee
Christopher NEE
6000 Sheriff's Place
Barns, MA 02532

C. File

EXHIBIT C-8

## AFFIDAVIT

I, Samuel J Hackett III, Barnstable Sheriff's Office #MSA0014606, do hereby swear, under the pains and penalties of perjury, that while incarcerated at the Barnstable House of Correction from September 20, 2004 to March 21, 2005 I was placed into the segregation unit (POD F) several times, beginning on, or about, October 23, 04, until on, or about, March 24, 05 at which times I had spent approximately 52 days in such unit. During all shower periods, I was forced to shower with handcuffs on. I am willing to testify to these facts.

*Samuel J. Hackett III*
Samuel J. Hackett III
6000 Sheriffs Place
Bourne, MA 02532

Date March 26, 2005

C. File

EXHIBIT C-9

## AFFIDAVIT

I, James Riley (#0) _____ BARNSTABLE SHERIFFS' OFFICE # 0005633 _____ DO HEREBY SWEAR UNDER THE PAINS AND PENALTIES OF PERJURY, THAT WHILE INCARCERATED AT BARNSTABLE HOUSE OF CORRECTION, FROM Feb-2003 TO Feb-2005 _____, I WAS PLACED INTO THE SEGREGATION UNIT (POD F) ON NOV-21-04 UNTIL Dec-12-04 _____, AT WHICH TIME I WAS FORCED TO SHOWER WITH HANDCUFFS ON. I AM WILLING TO TESTIFY TO THESE FACTS.

*James Riley*
JAMES RILEY

DATE: 2-1-05    6000 SHERIFF'S PLACE
                Bourne, MA
                02532

C.File

EXHIBIT
C-10

# AFFIDAVIT

I, Christopher Nee, BARNSTABLE County House of Correction # 0006403 STATE AND DEPOSE THAT DURING THE MONTHS OF APRIL 2004 through SEPTEMBER 2004 while INCARCERATED AT THE FORMER BARNSTABLE COUNTY H.O.C. located AT P.O. Box 397 Rt. 6A Barnstable Mass. 02630, I WAS PLACED IN "UNIT-C" SEVERAL TIMES FOR DISIPLINARY INFRACTIONS. "UNIT-C" WAS KNOWN AS THE SEGREGATION UNIT. DURING THE (1) HOUR RECREATION PERIOD, OFFICERS would handcuff my WRISTS, RELEASE ME FROM MY CELL, AND THEN THE OFFICERS usually left the Unit, AND WATCHED ME FROM OUTSIDE THE Unit, leaving me alone. AT THIS TIME, I WAS Allowed TO SHOWER. DURING EACH SHOWER, I WAS FORCED TO WEAR HANDCUFFS ON MY WRISTS. This WAS THE PROCEDURE FOR All inmates IN THIS SEGREGATION "Unit-C". (I AM WILLING TO TESTIFY TO THIS). UNDER THE PAINS AND PENALTIES OF PERJURY, I ATTEST TO THESE FACTS.

DATE: May 1, 2005

SIGN Christopher Nee
CHRISTOPHER NEE

C. FILE