# CERTIFICATE OF SERVICE

05-10642-WGY

I, STEVEN DEARBORN (PRO SE), Plaintiff, do hereby certify that this day, I served a true copy of the enclosed Motion for an Amended Complaint and a Motion of Opposition to Defendants Cross-Motion for Summary Judgment by mailing same, first-class mail, postage prepaid to:

1) ROBERT S. TROY
   90 ROUTE 6A
   SANDWICH, MA 02563

2) DAVID J. RENTSCH
   DEPARTMENT OF CORRECTIONS
   LEGAL SERVICES DIVISION
   70 FRANKLIN ST. Suite 600
   BOSTON, MA 02110-1300

DATED: JUNE 23, 2005

_[signature]_
STEVEN DEARBORN (PRO SE)
6000 SHERIFFS PLACE
BOURNE, MA 02532

C. SWD/US. DIST CT.