United States District Court
District of Massachusetts

No. 05-CV-10642 WGY

Steven Dearborn (Pro Se)
  Plaintiff,

V.

Commissioner of Corrections et al.,
  Defendant.

Plaintiff's Opposition to Defendant Kathleen Dennehy's – Commissioner of Corrections – Cross-Motion for Summary Judgment

Pursuant to Federal Rules of Civil Procedure Rule 56, Plaintiff, Steven Dearborn, opposes the Defendant, Dennehy's, Cross-motion for Summary Judgment in favor of Plaintiff. The Plaintiff moves this Honorable Court and relies on the following facts (attached) to support his opposition.

Dated: June 23, 2005

Respectfully Submitted,
Steven Dearborn
Steven W. Dearborn
6000 Sheriffs Place
Bourne, MA
02532-7999