## CERTIFICATE OF SERVICE

I, STEVEN DEARBORN PRO SE, PLAINTIFF, HEREBY CERTIFY THAT ON THIS DAY I FORWARDED A COPY OF THE FOREGOING MOTION OF OPPOSITION TO DEFENDANT DENNEHY'S CROSS-MOTION FOR SUMMARY JUDGMENT, BY FIRST-CLASS MAIL, POSTAGE PRE-PAID, TO THE FOLLOWING:

DAVID J. RENTSCH, COUNSEL
LEGAL DIVISION
DEPARTMENT OF CORRECTION
70 FRANKLIN STREET SUITE 600
BOSTON, MA 02110-1300

★ PLAINTIFF STATES THAT DUE TO THE UNAVAILABLE ACCESS TO A COPY MACHINE, BEYOND HIS POWERS, TODAY, HE HAS MAILED A HANDWRITTEN COPY OF THE ENCLOSED, SUPRA, TO DAVID J. RENTSCH, COUNSEL, AT THE ABOVE ADDRESS!

/s/ Steven Dearborn
STEVEN DEARBORN
PRO SE.

DATED: JUNE 26, 2005.
(SUNDAY)