U.S. DISTRICT COURT
Office of the Clerk
John Joseph Moakley
Courthouse Suite 2300
1 Courthouse Way
Boston, MA 02210

RE: Dearborn v. Barnstable County Commissioners et al.
No. 05-CV-10642-WGY

Date: August 5, 2005

Dear Clerk:

I recently submitted an appeal from the District Court's denial of my Motion to Appeal Motion to Amend Complaint. Enclosed in such motion was Exibits C-1 through C-10, as well as other documents that I requested be returned to me. Please refer to that correspondence.

Unfortunately, I have not recieved that information from you. Because it is evidence in this case, I must recieve such material. The reason why I requested that it be copied and returned to me, was because I am proceed- in this action, PRO SE, and could not aquire copies from the institution I'm incarcerated at, due to situations that arise out of my control. I explained that in the letter to your office.

I understand that it is not an obligation of the court, to make such copies for parties, but because I had a deadline to meet in this action, I had to make that request against my better judgment. I'm now without these documents and kindly request that the court return them to me at your earliest convenience.

I apoligize for this inconvenience and I will seek different avenues in the future, in making such requests.

Thank you kindly for your time in this matter. I await your response.

Respectfully Submitted,
Plaintiff, PRO/SE,

Steven W. Dearborn
#14676 Barnstable HOC
6000 Sheriff's Place
Bourne, MA 02532-9999

c.file