U.S. District Court
Office of Clerk
John J. Moakley Courthouse
1 Courthouse Way Suite 2300
Boston, MA 02210

RE: Dearborn v. Barnstable County et al.
No.# 05-CV-10642-WGY

August 18, 2005

Dear Clerk of Court:

At your earliest convenience, please kindly forward a copy of the docket entries in the above matter. I am the Plaintiff in this matter.

Thank you kindly for your time.

Respectfully Yours,

Steven Dearborn

Forward to: Steven W. Dearborn
6000 Sheriffs' Place
Bourne, MA
02532-9999

C-File
S.W.D.