<u>UNITED STATES DISTRICT COURT</u>
<u>DISTRICT OF MASSACHUSETTS</u>

NO. 05-CV-1064: 'GY

STEVEN DEARBORN, pro se, )
Plaintiff, )
)
vs. )
)
BARNSTABLE COUNTY COMMISSIONERS, et al, )
Defendant(s). )
)

PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL BY
ORDER OF THE COURT

Now comes the Plaintiff, Steven Dearborn, PRO SE, in the ab  e entitled matter pursuant to LOCAL RULE 41(a)(2), and moves this Honorable Court to order that this action be volutarily dismissed as requested via the Plaintiff. As grounds for such, Plaintiff is satisfied that the Defendant's have discontinued their practice of handcuffing inmates in their segregation units while showering.

Plaintiff does not wish to proceed in this matter and reques  that the court dismiss this action and notify the Defendants via the Clerk's Office of such dismissal. Also please notify the Plair  ff of the Court's decision at it's earliest convenience.

Dated: SEPTEMBER 23, 2005

Steven Dearborn   pro se,
6000 Sheriff's    ace
Bourne, MA 0253   9999

c.file

## CERTIFICATE OF SERVICE

I, Plaintiff, Steven Dearborn, PRO, SE, hereby certify that I have served a true copy of this MOTION FOR VOLUNTARY DISMISSAl to the below persons on this 24th day of September 2005, via f    st-class, postage paid, by placing such into a U.S. MailBox at th    Barnstable County House of Correction, Unit K-POD:

Robert S. Troy
Attorney at Law
90 Route 6A
Sandwich, MA 02563-1866

David J. Rentsch
Comm. of Massachuset
Executive Office Pub    Safety
DOC Legal Division
70 Fraklin Street Su    e 600
Boston, MA 02110-130

DATED: 9.24.05

Steven W. Dearborn,    ɔ se.
Barnstable County HO
6000 Sheriff's Place
Bourne, MA 02532-999

Under the pains and penalties of perjury.

c.file